

MAY 1 5 2008
FILED
MAY 1 5 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD DOSS | ) | |
| | ) | Case No. 08 CV 2145 |
| Plaintiff, | ) | |
| | ) | Judge GRADY |
| v. | ) | |
| | ) | Magistrate Judge ASHMAN |
| POLICE OFFICER RICHMOND #49, | ) | |
| and the CITY OF | ) | |
| COUNTRY CLUB HILLS, individually, | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

To:

Gregory E. Kulis
Gregory E. Kulis and Associates, Ltd.
30 North LaSalle Street
Suite 2140
Chicago, IL 60602
(312) 580-1830
Email: vsmith@kulislawltd.com

David Steven Lipschultz
Gregory E. Kulis and Associates
30 N. LaSalle Street
Suite 2140
Chicago, IL 60602
(312) 580-1830
Email: dlipschultz@kulislawltd.com

Kathleen Coyne Ropka
Gregory E. Kulis and Associates, Ltd.
30 North LaSalle Street
Suite 2140
Chicago, IL 60602
(312) 580-1830

Email: kropka@kulislawltd.com
Ronak D. Patel
Gregory E. Kulis & Associates, Ltd.
30 N. LaSalle Street
Suite 2140
Chicago, IL 60602
312 480 1830
Email: rpatel@kulislawltd.com

Shehnaz I. Mansuri
Gregory E. Kulis and Associates, Ltd.
30 North LaSalle Street
Suite 2140
Chicago, IL 60602
(312) 580-1830
Email: smansuri@kulislawltd.com


    Please take notice that on _Wednesday, May 28_, 2008, at _11:00_ am, or as soon as the matter may be heard, in the courtroom of the Honorable John F. Grady of the above-entitled court, in the courthouse at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Cook County, IL, defendant, by its attorney, will move the court for its order dismissing the complaint with prejudice.

    The motion will be made on the ground that Plaintiff has failed to state a claim upon which relief can be granted.

Dated: May 15, 2008

                                                   Eugene F. Keefe
                                                   Attorney for the Defendant