**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Reginald Doss
                      Plaintiff,

v.                                              Case No.: 1:08–cv–02145
                                                                    Honorable John F. Grady

Richmond, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable John F. Grady:Motion hearing held on 5/28/2008 regarding motion to dismiss[9]. Motion to dismiss [9] is withdrawn. Status hearing set for 7/30/2008 at 11:00 a.m. Oral motion by plaintiff to file an amended complaint is granted. Plaintiff is given leave to file an amended complaint on or before 06/25/08. Discovery ordered to proceed forthwith.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.