UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **REGINALD DOSS,** ) | |
| ) | **Case No. 08 C 2145** |
| **Plaintiff,** ) | |
| ) | **Judge Grady** |
| v. ) | |
| ) | **Magistrate Judge Ashman** |
| **P.O. RICHMOND #49, and the CITY OF** ) | |
| **COUNTRY CLUB HILLS, individually,** ) | **Jury Demand** |
| ) | |
| **Defendants.** ) | |

### FIRST AMENDED COMPLAINT

NOW COMES the Plaintiff, Reginald Doss, by and through his attorneys, Gregory E. Kulis and Associates, and complaining against the Defendants, P.O. Richmond #49, individually, and the City of Country Club Hills, as follows.

### COUNT I - EXCESSIVE FORCE

1) This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendant committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3) The Plaintiff, Reginald Doss, at all relevant times was a United States citizen and permanent resident of the State of Illinois.

4) The Defendant, P.O. Richmond #49, was at all relevant times a duly appointed police officer of the Country Club Hills Police Department and at all relevant times was acting within his scope of employment and under color of law.

5)  On or about March 12, 2007, the Plaintiff was driving through Hazel Crest, Illinois.

6)  The Plaintiff was stopped for a traffic violation.

7)  The Plaintiff cooperated with the arrest.

8)  The Plaintiff was transported to the Country Club Hills Police Station and booked and placed in a cell.

9)  For nor reason, at the station the Plaintiff, Reginald Doss, was tasered by the Defendant.

10) Said use of force was unprovoked.

11) Said use of force was excessive and unreasonable.

12) As a result of the force used by the Defendant, the Plaintiff Reginald Doss was injured.

13) Some officers stood by and allowed this to occur.

14) Said actions of the Defendant, P.O. Richmond #49, were intentional, willful and wanton.

15) Said actions of the Defendant, P.O. Richmond #49, violated the Plaintiff's Fourteenth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

16) As a direct and proximate consequence of said conduct of Defendant P.O. Richmond #49, the Plaintiff, Reginald Doss, suffered violations of his constitutional rights, monetary loss, fear, emotional distress, pain and suffering.

WHEREFORE, the Plaintiff, Reginald Doss, prays for judgment against the Defendant, P.O. Richmond #49, in an amount in excess of TWENTY FIVE THOUSAND AND 00/100 ($25,000.00) DOLLARS compensatory damages and TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS punitive damages, plus attorney's fees and costs.

## COUNT II - INDEMNIFICATION

1-16) The Plaintiff, Reginald Doss, hereby realleges and incorporates his allegations of paragraphs 1-16 of Count I as his respective allegations of paragraphs 1-16 of Count II as though fully set forth herein.

17) Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

18) Defendant P.O. Richmond #49 is or was an employee of the Country Club Hills Police Department, who acted within the scope of his employment in committing the misconduct described herein.

WHEREFORE, should Defendant P.O. Richmond #49 be found liable for the acts alleged above, Defendant Country Club Hills would be liable to pay the Plaintiff any judgment obtained against said Defendant.

## JURY DEMAND

The Plaintiff, Reginald Doss, requests a trial by jury.

Respectfully submitted,

/s/ David S. Lipschultz
GREGORY E. KULIS AND ASSOCIATES

David S. Lipschultz
GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830
Atty. No. 6277910

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **REGINALD DOSS,** | ) | |
| | ) | **Case No. 08 C 2145** |
| **Plaintiff,** | ) | |
| | ) | **Judge Grady** |
| v. | ) | |
| | ) | **Magistrate Judge Ashman** |
| **P.O. RICHMOND #49, and the CITY OF** | ) | |
| **COUNTRY CLUB HILLS, individually,** | ) | **Jury Demand** |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF FILING

To:   Eugene F. Keefe
       Keefe, Campbell & Associates, LLC
       118 N. Clinton, Suite 300
       Chicago, IL 60661

PLEASE TAKE NOTICE that on this 19th day of June 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **FIRST AMENDED COMPLAINT.**

/s/ David S. Lipschultz
GREGORY E. KULIS & ASSOCIATES, LTD.

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 19th day of June 2008, I, David S. Lipschultz, an attorney, served the attached document(s) upon the aforementioned address(es) by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record

/s/ David S. Lipschultz

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**