UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REGINALD DOSS ) | Case No. 08 CV 2145 |
| Plaintiff, ) | |
| ) | Judge GRADY |
| v. ) | |
| ) | Magistrate Judge ASHMAN |
| POLICE OFFICER RICHMOND #49, ) | |
| and the CITY OF ) | |
| COUNTRY CLUB HILLS, individually, ) | Jury Demand |
| ) | |
| Defendants. ) | |

## STIPULATION

Pursuant to Rules 5(b)(2)(D) and 29 of the Federal Rules of Civil Procedure, the undersigned parties to this action hereby stipulate that:

1) All references to a "Rule" or "Rules" in this Stipulation refer to the Federal Rules of Civil Procedure.

2) Each of the parties consents, pursuant to Rule 5(b)(2)(D), to service via electronic mail in the manner provided in paragraph 5, below.

3) Every document served by either of the parties upon the other party, pursuant to Rules 26, 30, 31, 33, 34, 35, or 36 -- including, without limitation, every notice, disclosure, data compilation, claim of privilege or protection of trial preparation materials, interrogatory, request, answer, objection, or report -- shall be served via electronic mail, in the manner provided in paragraph 5, below.

4) Whenever Rule 26 or Rule 34 requires one of the parties to provide a copy of or description of a document or make a document available to the other party for inspection, the party in possession, custody or control of the document shall serve a copy of it upon the other party via electronic mail, in the manner provided in paragraph 5, below. Such service shall be effected on or before the date on which the disclosure of the document is required.

5) In order to be properly served via electronic mail for the purposes of this Stipulation, a document must be: (a) in Adobe Portable Document Format (PDF format) or another electronic format agreed upon by the parties; and (b) sent via

1

electronic mail to each electronic mail address recorded on the docket sheet for this action for counsel to the party upon whom service is being made.

6) Whenever service of a document via electronic mail is required by this stipulation and timely service via electronic mail is impracticable, service of the document shall be effected timely by one of the other methods permitted by Rule 5(b)(2) and the party effecting service shall provide an electronic version of the document as soon thereafter as is practicable.

7) Any party must comply with the request by any other party to receive a physical, non-electronic version of any document served by electronic means.

DATE:   June 23, 2008

_____  
David S. Lipschultz  
Counsel for Reginald Doss  
Gregory E. Kulis and Associates, Ltd.  
30 North LaSalle Street  
Suite 2140  
Chicago, IL 60602

_____  
Eugene Keefe  
Counsel to The City of Country Club Hills  
And Officer Richmond  
Keefe, Campbell & Associates, L.L.C.  
118 N. Clinton St., Ste. 300  
Chicago, IL 60661

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **REGINALD DOSS,** | ) | |
| | ) | **Case No. 08 C 2145** |
| **Plaintiff,** | ) | |
| | ) | **Judge Grady** |
| v. | ) | |
| | ) | **Magistrate Judge Ashman** |
| **P.O. RICHMOND #49, and the CITY OF** | ) | |
| **COUNTRY CLUB HILLS, individually,** | ) | **Jury Demand** |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF FILING

To:   Eugene F. Keefe
      Keefe, Campbell & Associates, LLC
      118 N. Clinton, Suite 300
      Chicago, IL 60661

PLEASE TAKE NOTICE that on this 25th day of June 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **STIPULATION.**

/s/ David S. Lipschultz
GREGORY E. KULIS & ASSOCIATES, LTD.

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 25th day of June 2008, I, David S. Lipschultz, an attorney, served the attached document(s) upon the aforementioned address(es) by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record

/s/ David S. Lipschultz

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**